**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO. 3:19-32** |
| **JONNIE BAKER, and** | **:** | **(JUDGE MANNION)** |
| **ALEXANDER MARTINEZ,** | | |
| | **:** | |
| **Defendants** | | |

## ORDER

And now, in accordance with the court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Defendant Baker's and Defendant Martinez's motions to suppress the warrantless ping of Baker's cellphone and the fruits of the subsequent search, **(Docs. 94 & 96)**, are **DENIED**.

(2) The requests of Defendants for an evidentiary hearing regarding their suppression motions is **DENIED**.

- 2 -

(3) The requests of Defendants for a Franks hearing regarding the

affidavit of probable cause for the search warrant for the house

located at 280 New Hancock Street are **DENIED**.[1]

s/ Malachy E. Mannion
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 23, 2021**
19-32-02-ORDER

---

[1]The court will schedule a Final Pre-Trial Conference by a separate order.